United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 08, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Subchapter V |
| Franco's Paving LLC | § | |
| | § | Case No. 23-20069 |
| Debtor. | § | **Marvin Isgur** |

### ORDER GRANTING FINAL APPLICATION FOR COMPENSATION OF TRAN SINGH LLP
(Relates to Docket No. ___)

CAME ON FOR CONSIDERATION, the *Final Application for Approval of Com…*

The Application must be supplemented with an explanation of whether the Debtor has been paying all of its administrtative expenses as required by the plan and confirmation order. The proposed order mandates payment, but the Subchapter V Trustee has filed a statement that she was not timely paid. The secured creditor has filed a notice of default. The Court must understand the effect of an order requiring payment.

attor…

com…

reim…

Signed: February 07, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

parti…

Rule…

It further appearing that this Court is able to determine the facts regarding the Application with respect to the following factors as set forth in *In re First Colonial Corp. of A.M.*, 544 F.2d 1291 (5th Cir. 1977): (1) the time and labor required of Applicant; (2) the novelty and difficult of the questions presented; (3) the skill required of Applicant to perform the services involved; (4) the preclusion of other employment due to involvement in the instant proceeding; (5) Applicant's customary fees for such work; (6) contingency of the fees, if any; (7) the time limitations and pressures borne by Applicant; (8) the amounts involved and the results obtained to date; (9) Applicant's experience, reputation, and ability; (10) undesirability of the case and the matters upon

which Applicant has been employed; (11) the length and nature of the relationship of Applicant to client; and (12) awards in similar circumstances;

It further appearing that expenses incurred by Applicant on behalf of the Debtor were reasonable and necessary; it is therefore

**ORDERED** that Applicant is awarded compensation as an administrative expense in the Chapter 11 case in the amount of $27,777.17 for services rendered as Chapter 11 Debtor's counsel in connection with this case and that Applicant be reimbursed for out-of-pocket expenses in the amount of $1,616.31 in the Chapter 11 case for a total amount of $29,393.48 for the period of March 17, 2023 through January 8, 2024.

**ORDERED** that Applicant is authorized to apply $6,764.00 in approved compensation and reimbursement of expenses towards its prepetition retainer and the Debtor is directed to provide the remaining balance of $22,629.48 in accordance with the Plan and Confirmation Order.

Reserved for Judge's Signature